Norman S. Sterry, Henry F. Prince, Frederic H. Sturdy and Gibson, Dunn & Crutcher, Los Angeles, Cal., for appellees.

Victor Ford Collins, Los Angeles, Cal., for appellee Hollywood Baseball Ass'n.

Before MATHEWS, HEALY and POPE, Circuit Judges.

effort to distinguish Guttmann v. Illinois Central R. Co., 2 Cir., 189 F.2d 927, certiorari denied 342 U.S. 867, 72 S.Ct. 107 cannot prevail. The sentence upon which counsel relies for the attempted distinction is a restriction upon the payment of dividends on the common stock; it does not impose an obligation to pay passed dividends on the non-cumulative preferred. That this is the correct interpretation is confirmed by the provision giving the corporation the option to purchase preferred stock at par, as well as by the provision governing liquidation and dissolution of the corporation.

Charles WELCH, Plaintiff-Appellant, v. ATLANTIC GULF & WEST INDIES STEAMSHIP LINES, Defendant-Appellee.

No. 82, Docket 22473.

United States Court of Appeals
Second Circuit.

Argued Dec. 1, 1952.

Decided Dec. 19, 1952.

M. Mac Schwebel, New York City (Harry Silver, New York City, on the brief), for appellant.

Greenman, Shea, Sandomire & Zimet, New York City (Frederick F. Greenman, Daniel M. Sandomire and Robert H. Haines, New York City, of counsel), for appellee.

Before SWAN, Chief Judge, and CHASE and CLARK, Circuit Judges.

PER CURIAM.

Judgment is affirmed on the opinion below, D.C., 101 F.Supp. 257. The appellant's

UNITED STATES of America, Appellant, v. Rina Maria VATUONE, as Administratrix of the Estate of Paul D. Vatuone, Deceased, Appellee.

No. 12906.

United States Court of Appeals
Ninth Circuit.
Dec. 9, 1952.

James R. Browning, Acting Asst. Atty. Gen., Chauncey F. Tramutolo, U. S. Atty., San Francisco, Cal., Leavenworth Colby, Sp. Asst. to Atty. Gen., Keith R. Ferguson, Sp. Asst. to Atty. Gen., of Cal., C. Elmer Collett, Asst. U. S. Atty., San Francisco, Cal., for appellant.

Daniel V. Ryan, Thomas C. Ryan and Ryan & Ryan, San Francisco, Cal., for appellee.

Before DENMAN, Chief Judge, and ORR and POPE, Circuit Judges.

The decree appealed from is reversed, 94 F.Supp. 592, and the libel dismissed without cost to either party.